AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusette

Kenneth Kemp et al.

**SUMMONS IN A CIVIL CASE**

V.

Ganick O'Brien & Sarin, et al

CASE NUMBER:

**05 11516 GAO**

TO: (Name and address of Defendant)

Lawrence E. O'Brien, Jr.
c/o Ganick O'Brien & Sarin
161 Granite Ave.
Dorchester MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth D. Quat, 9 Damonmill Square, Suite 4A-4, Concord MA 01742

an answer to the first amended complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                          7-19-05

CLERK                                                       DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date              Signature of Server

             _____
             Address of Server

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6___

Suffolk, ss.

September 6, 2005
I hereby certify and return that on 9/2/2005 at 9:21AM I served a true and attested copy of the Summons and First Amended Complaint in this action in the following manner: To wit, by delivering in hand to M.Riley,agent at the time of service for Lawrence E. O'Brien, Jr.,c/o Ganick O'Brien & Sarin, 161 Granite Avenue, Dorchester, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff

Deputy Sheriff  Robert Foscaldo