AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Kenneth Kemp et al

V.

Ganick O'Brien & Sarin et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Ganick O'Brien & Sarin, Attorneys at Law
161 Granite Ave.
Dorchester MA

05 11516 GAO

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth D. Quat, 9 Damonmill Square, Suite 4A-4, Concord MA 01742

an answer to the first amended complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  7-19-05

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-9

Suffolk, ss.

September 6, 2005

I hereby certify and return that on 9/2/2005 at 9:21AM I served a true and attested copy of the Summons and First Amended Complaint in this action in the following manner: To wit, by delivering in hand to M.Riley, agent at the time of service for Ganick O'Brien & Sarin, Attorneys at Law, 161 Granite Avenue, Dorchester, MA 02124. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($2.40), Travel ($5.12), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $48.52

Deputy Sheriff Robert Foscaldo

                                                        Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
              Date            Signature of Server

                              _____
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.