UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT

Docket No. 05-11516-GAO

| | |
|---|---|
| Kenneth Kemp, on behalf of himself and others similarly situated, and Virginia Kemp,<br>    Plaintiffs<br><br>v.<br><br>Ganick, O'Brien & Sarin, Attorneys at Law, Lawrence E. O'Brien, Jr., d/b/a Ganick, O'Brien & Sarin, Attorneys at Law, and Does 1 – 5<br>    Defendants | DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND JURY CLAIM |

Defendants Ganick, O'Brien & Sarin, Lawrence E. O'Brien, Jr., d/b/a Ganick, O'Brien & Sarin and Does 1-5 answer the numbered paragraphs of Plaintiff's First Amended Complaint and Jury Claim as follows:

1. Defendants lack sufficient knowledge to admit or deny and, therefore, deny. Defendants do point out that the Plaintiffs' names appearing in this paragraph do not match the Plaintiffs' name in the caption.

2. Admitted.

3. Admitted.

4. Defendants lack sufficient knowledge to admit or deny and, therefore, deny.

5. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

6. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

7. Admitted.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

## COUNT I

13. Responses to Paragraphs 1 through 12 above are incorporated herein.

14. Denied.

15. This paragraph states a conclusion of law to which no response is required; to the exten response may be required, denied.

WHEREFORE, Defendants request that the Honorable Court enter judgment in their favor and award them costs pursuant to Federal Rule of Civil Procedure 11.

## COUNT II

16. Responses contained in Paragraphs 1 through 15 above are incorporated herein.

17. This paragraph states a conclusion of law to which no response is required; to the exten response may be required, denied.

18. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

19. Denied.

20. Denied.

21. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

WHEREFORE, Defendants request that the Honorable Court enter judgment in their favor and award them costs pursuant to Federal Rule of Civil Procedure 11.

## COUNT III

22. Responses contained in Paragraphs 1 through 21 above are incorporated herein.

23. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

24. Denied.

WHEREFORE, Defendants request that the Honorable Court enter judgment in their favor and award them costs pursuant to Federal Rule of Civil Procedure 11.

## COUNT IV

25. Responses contained in Paragraphs 1 through 24 above are incorporated herein.

26. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

27. Denied.

WHEREFORE, Defendants request that the Honorable Court enter judgment in their favor and award them costs pursuant to Federal Rule of Civil Procedure 11.

## COUNT V

28. Responses contained in Paragraphs 1 through 27 above are incorporated herein.

29. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

30. Denied.

WHEREFORE, Defendants request that the Honorable Court enter judgment in their favor and award them costs pursuant to Federal Rule of Civil Procedure 11.

## COUNT VI

31. Responses contained in Paragraphs 1 through 30 above are incorporated herein.

32. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

33. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

34. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

35. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

36. Denied.

37. Denied.

38. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

WHEREFORE Defendants request the Honorable Court enter judgment in their favor and awa them costs pursuant to Federal Rule of Civil Procedure 11.

## COUNT VII

39. Responses contained in Paragraphs 1 through 38 above are incorporated herein.

40. Admitted.

41. Denied.

42. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

43. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

44. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

45. Denied.

46. Denied.

47. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

48. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

49. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

50. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

51. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

52. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

WHEREFORE, Defendants request the Honorable Court enter judgment in their favor and award them costs pursuant to Federal Rule of Civil Procedure 11.

## COUNT VIII

53. Responses contained in paragraphs 1 through 52 above are incorporated herein.

54. Admitted.

55. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

56. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

57. Denied.

58. Denied.

59. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

60. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

62. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

Second Paragraph marked as Paragraph 58.   This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

63. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

WHEREFORE, Defendants request the Honorable Court enter judgment in their favor and award them costs pursuant to Federal Rule of Civil Procedure 11.

## AFFIRMATIVE DEFENSES

**First Affirmative Defense**: The First Amended Complaint and Jury Claim fails to state a claim upon which relief can be granted and should be dismissed in accordance with Federal Rule of Civil Procedure 12(b)(6).

**Second Affirmative Defense**: The Plaintiffs are estopped from any recovery.

**Third Affirmative Defense**: The Plaintiffs' claims are barred by a lack of jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(2).

**Fourth Affirmative Defense**: The Plaintiffs' claims are barred by improper venue, and as per Federal Rule of Civil Procedure 12(b)(3).

**Fifth Affirmative Defense**: The Plaintiffs' claims are barred by waiver.

**Sixth Affirmative Defense**: The Plaintiffs' claims are barred by latches.

**Seventh Affirmative Defense**: The Plaintiffs' claims are barred by the applicable statute of limitations.

**Eighth Affirmative Defense**: The Plaintiffs' claims are barred by their unclean hands.

**Ninth Affirmative Defense**: The Plaintiffs' claims are barred by their fraudulent actions, misrepresentations and omissions.

**Tenth Affirmative Defense**: The Plaintiffs' claims are barred by mistaken fact.

**Eleventh Affirmative Defense**: The Plaintiffs' claims are barred by accord and satisfaction.

**Twelfth Affirmative Defense**: The Plaintiffs' claims are barred by their assumption of the risk of loss and their own negligent conduct.

**Thirteenth Affirmative Defense**: The Plaintiffs fail to comply with the requirements of Massachusetts General Law 93A.

                                              Respectfully Submitted
                                              Defendants

                                              _____
                                              Kevin J. McCaughey
                                              BBO No. 557180
                                              Ganick, O'Brien & Sarin
                                              161 Granite Avenue
                                              Dorchester, MA  02124
                                              617-436-2794

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2005, I served a copy of Defendant's Answer to Plaintiffs First Amended Complaint and Jury Claim by First Class Mail, postage prepaid, to Plaintiffs' attorney, Kenneth D. Quat, Esquire, 9 Damonmill Square, Suite 4A-4, Concord, MA 01742.

_____
Kevin J. McCaughey
BBO No. 557180
Ganick, O'Brien & Sarin
161 Granite Avenue
Dorchester, MA 02124
617-436-2794