UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH KEMP, on behalf of himself and
others similiarly situated, and VIRGINIA
KEMP,

                              Plaintiffs,

v.

GANICK, O'BRIEN & SARIN,
ATTORNEYS AT LAW, LAWRENCE E.
O'BRIEN, JR. d/b/a GANICK, O'BRIEN &
SARIN, ATTORNEYS AT LAW and DOES
1-5,

                              Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT

        Please enter my appearance on behalf of the Defendants, Ganick, O'Brien &

Sarin, and Lawrence E. O'Brien, Jr.  Withdrawal of Appearance of predecessor counsel

is attached hereto.


                              /s/ J. Allen Holland, Jr.
                              _____
                              J. Allen Holland, Jr., BBO #546892
                              LYNCH, BREWER, HOFFMAN & FINK, LLP
                              101 Federal Street, 22nd Floor
                              Boston, MA  02110-1800
                              (617) 951-0800


201632_1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT

Suffolk

Docket No. 05-11516-GAO

Kenneth Kemp, on behalf of himself and          )
others similarly situated, and                  )
Virginia Kemp,                                   )
      Plaintiffs                             )
                                                 )
                                                 )
v.                                               )          NOTICE OF WITHDRAWAL
                                                 )
Ganick, O'Brien & Sarin, Attorneys at Law, )
Lawrence E. O'Brien, Jr., d/b/a                  )
Ganick, O'Brien & Sarin, Attorneys at Law, )
and Does 1 – 5                                   )
      Defendants                             )
                                                 )

Now comes Kevin J. McCaughey, attorney for the Defendant, Ganick, O'Brien & Sarin, et als,
and moves this Court to allow him to withdraw in the pending civil action.

Respectfully Submitted,

Kevin J. McCaughey
BBO No. 557180
Ganick, O'Brien & Sarin
161 Granite Avenue
Dorchester, MA  02124
617-436-2794

Dated:  October 24, 2005