**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KENNETH KEMP, )
On behalf of himself and all others )
similarly situated, and )
VIRGINIA KEMP, )
Plaintiffs )
)
v. ) Civil No. 05-11516-GAO
)
GANICK, O'BRIEN & SARIN, Attorneys at Law, )
LAWRENCE E. O'BRIEN, JR., d/b/a )
GANICK, O'BRIEN & SARIN, Attorneys at Law, )
And DOES 1-5, )
Defendants )

**JOINT STATEMENT OF THE PARTIES**

Pursuant to this Court's order of October 24, 2005, the parties hereby state and agree as follows:

**I. Discovery Plan:**

A. The parties will complete all fact discovery by June 30, 2006.

B. The plaintiffs will provide all expert information within the scope of Fed.R.Civ.P. 26(a)(2) by August 15, 2006. Defendants' expert disclosures, if any, will be produced by September 30, 2006. Any additional expert-related discovery shall be completed by November 15, 2006.

C. Except for Keeper of Record depositions, the parties will limit discovery in accordance with Local Rule 26.1.

**II. Motions:**

 A.  All motions to amend or supplement the pleadings pursuant to Fed.R.Civ.P. 15, and all motions to join additional parties pursuant to Fed.R.Civ.P. 19 and 20, shall be brought as soon as practicable, and in no event later than June 15, 2006.

 B.  Plaintiff Kenneth Kemp's motion for class certification shall be filed by December 31, 2006.  Motions for summary judgment shall be filed within 45 days of the Court's ruling on certification.

**III. Certifications of Counsel:**

 The parties and their respective counsel hereby affirm by their signatures below that they have conferred as to: (i) establishing a budget for the cost of conducting the full course and various alternative courses of litigation; and (ii) considering the resolution of this litigation by the use of alternative dispute resolution programs.  Plaintiffs are interested in entering into non-binding mediation.  Defendants believe that mediation at this stage of the case is premature, but may be agreeable to mediation following completion of certain discovery.

Plaintiffs:
/s/ Kenneth Kemp
/s/ Christine M. Kemp


/s/Kenneth D. Quat
BBO 408640
Law Office of Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848

/s/ J. Allen Holland, Jr.
BBO 546892
Lynch Brewer Hoffman & Fink, LLP
101 Federal St., 22nd Floor
Boston MA 02110-1800
617-951-0800