UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH KEMP, on behalf of himself and others similiarly situated, and CHRISTINE KEMP,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>GANICK, O'BRIEN & SARIN, ATTORNEYS AT LAW, LAWRENCE E. O'BRIEN, JR. d/b/a GANICK, O'BRIEN & SARIN, ATTORNEYS AT LAW and DOES 1-5,<br>　　　　　　　　Defendants. | |

### **DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND JURY CLAIM**

Defendants, Ganick, O'Brien & Sarin, Lawrence E. O'Brien, Jr. d/b/a Ganick, O'Brien & Sarin, Attorneys at Law and Does 1-5 answer Plaintiff's Second Amended Complaint and Jury Claim as follows:

#### Introduction

The introduction paragraph of the Second Amended Complaint states introductory language or conclusions of law to which no response it required.  To the extent a response is required, the allegations contained in the introduction are denied.

#### Parties

1.　　Defendants lack sufficient knowledge to admit or deny and, therefore, deny.

2.　　Admitted.

3.　　Admitted.

4. Defendants lack sufficient knowledge to admit or deny and, therefore, deny.

## Facts

5. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

6. This paragraph contains conclusions of law to which no response is required; to the extent a response may be required, denied.

7. Admitted.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

## COUNT I

13. Responses to Paragraphs 1 through 12 above are incorporated herein.

14. Denied.

15. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

WHEREFORE, Defendants request that the Honorable Court enter judgment in their favor and award them costs pursuant to Federal Rule of Civil Procedure 11.

## COUNT II

16. Responses contained in Paragraphs 1 through 15 above are incorporated herein.

17. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

18. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

19. Denied.

20. Denied.

21. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

WHEREFORE, Defendants request that the Honorable Court enter judgment in their favor and award them costs pursuant to Federal Rule of Civil Procedure 11.

## COUNT III

22. Responses contained in Paragraphs 1 through 21 above are incorporated herein.

23. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

24. Denied.

WHEREFORE, Defendants request that the Honorable Court enter judgment in their favor and award them costs pursuant to Federal Rule of Civil Procedure 11.

## COUNT IV

25. Responses contained in Paragraphs 1 through 24 above are incorporated herein.

26. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

27. Denied.

WHEREFORE, Defendants request that the Honorable Court enter judgment in their favor and award them costs pursuant to Federal Rule of Civil Procedure 11.

**COUNT V**

28. Responses contained in Paragraphs 1 through 27 above are incorporated herein.

29. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

30. Denied.

WHEREFORE, Defendants request that the Honorable Court enter judgment in their favor and award them costs pursuant to Federal Rule of Civil Procedure 11.

**COUNT VI**

31. Responses contained in Paragraphs 1 through 30 above are incorporated herein.

32. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

33. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

34. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

35. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

36. Denied.

37. Denied.

38. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

WHEREFORE, Defendants request that the Honorable Court enter judgment in their favor and award them costs pursuant to Federal Rule of Civil Procedure 11.

## **COUNT VII**

39.  Responses contained in Paragraphs 1 through 38 above are incorporated herein.

40.  Admitted.

41.  Denied.

42.  This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

43.  This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

44.  This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

45.  Denied.

46.  Denied.

47.  This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

48.  This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

49.  This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

50.  This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

51.  This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

52.  This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

WHEREFORE, Defendants request that the Honorable Court enter judgment in their favor and award them costs pursuant to Federal Rule of Civil Procedure 11.

## **COUNT VIII**

53. Responses contained in paragraphs 1 through 52 above are incorporated herein.

54. Admitted.

55. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

56. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

57. Denied.

58. Denied.

59. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

60. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

61. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

62. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

58.[sic] This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

63. This paragraph states a conclusion of law to which no response is required; to the extent a response may be required, denied.

WHEREFORE, Defendants request that the Honorable Court enter judgment in their favor and award them costs pursuant to Federal Rule of Civil Procedure 11.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Second Amended Complaint and Jury Claim fails to state a claim upon which relief can be granted and should be dismissed in accordance with Federal Rule of Civil Procedure 12(b)(6).

### Second Affirmative Defense

The Plaintiffs are estopped from any recovery.

### Third Affirmative Defense

The Plaintiffs' claims are barred by waiver.

### Fourth Affirmative Defense

The Plaintiffs' claims are barred by the applicable statute of limitations.

### Fifth Affirmative Defense

The Plaintiffs' claims are barred by their unclean hands.

### Sixth Affirmative Defense

The Plaintiffs' claims are barred by their fraudulent actions, misrepresentations and omissions.

### Seventh Affirmative Defense

The Plaintiffs' claims are barred by mistaken fact.

### Eighth Affirmative Defense

The Plaintiffs' claims are barred by accord and satisfaction.

### Ninth Affirmative Defense

The Plaintiffs' claims are barred by their assumption of the risk of loss and their own negligent conduct.

<u>Tenth Affirmative Defense</u>

The Plaintiffs fail to comply with the requirements of Massachusetts General Law 93A.

DEFENDANTS

By their attorneys,

/s/ J. Allen Holland, Jr.
_____

J. Allen Holland, Jr., BBO #546892
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

Dated: February 2, 2006

234729_1