UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH KEMP,<br>On behalf of himself and all others<br>similarly situated, and<br>CHRISTINE KEMP,<br>        Plaintiffs<br><br>v.<br><br>GANICK, O'BRIEN & SARIN, Attorneys at Law,<br>LAWRENCE E. O'BRIEN, JR., d/b/a<br>GANICK, O'BRIEN & SARIN, Attorneys at Law,<br>And DOES 1-5,<br>        Defendants | Civil No. 05-11516-GAO |

## MOTION OF PLAINTIFF KENNETH KEMP FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(a), plaintiff Kenneth Kemp hereby moves that summary judgment as to liability be entered against Lawrence E. O'Brien, Jr., d/b/a Ganick, O'Brien & Sarin, attorneys at law, on plaintiff's individual claim asserted in Count VIII of the Second Amended Complaint. Plaintiff states that as to said claim there is no genuine issue of material fact and he is entitled to judgment as a matter of law. Plaintiff further relies on the affidavits filed herewith, as well as the arguments and authorities set forth in the accompanying memorandum of law.

Plaintiff further moves that, in the event the instant motion is allowed, the Court

2

establish a briefing schedule and set a date for oral argument in connection with plaintiff's motion for class certification.[1]

        Kenneth Kemp,
        By:

        /s/Kenneth D. Quat
        Attorney for Plaintiffs
        BBO 408640
        9 Damonmill Square, Suite 4A-4
        Concord MA 01742
        978-369-0848
        ken@quatlaw.com

---

[1] Count VIII of the Second Amended Complaint is brought by Mr. Kemp individually and on behalf of a class of persons similarly situated. At the status conference held on July 12, 2006, the parties and the Court agreed that, in the interest of judicial economy, plaintiff's motion for partial summary judgment on his individual claim should precede the filing of a motion for class certification.