UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH KEMP,                                    )
On behalf of himself and all others              )
similarly situated, and                          )
CHRISTINE KEMP,                                  )
                    Plaintiffs                   )
                                                 )
v.                                               )     Civil No. 05-11516-GAO
                                                 )
GANICK, O'BRIEN & SARIN, Attorneys at Law,       )
LAWRENCE E. O'BRIEN, JR., d/b/a                  )
GANICK, O'BRIEN & SARIN, Attorneys at Law,       )
And DOES 1-5,                                    )
                    Defendants                   )

## AFFIDAVIT OF KENNETH KEMP IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Kenneth Kemp, hereby depose and state on oath:

1. My name is Kenneth Kemp. I am a plaintiff in this action. I make this affidavit on personal knowledge.

2. In 2004, my wife Christine and I were sued in the Middlesex Superior Court by an entity known as Performance Capital Management, Inc. The plaintiff's complaint alleged that we were indebted on a credit card account which I had previously opened with Chase Manhattan. Performance Capital Management claimed that it had acquired this account from Chase Manhattan by assignment. The law firm of Ganick, O'Brien & Sarin was counsel for the plaintiff in this action.

3. To the best of my recollection, the Chase Manhattan account which was the subject of the Middlesex Superior Court lawsuit was used exclusively for the following purposes:

purchasing food (including groceries and restaurant meals), personal care items, medications, and various sundries for me, my wife, and my children; purchasing gasoline for use in family vehicles; paying for repairs to and maintenance on family vehicles; purchasing holiday, anniversary, and birthday gifts for family members and friends; paying for recreational and entertainment expenses (e.g., movie tickets) for me, my wife, and children; purchasing clothing for me, my wife, and children; and purchasing various items for use in the home (small appliances, tools, kitchen items, furniture, etc.). Although it is possible that on occasion I may have used the account for a business-related purpose, this was not my purpose in opening the account and I do not specifically recall any such use.

Signed and sworn to under the pains and penalties of perjury.

*[signature]*

Kenneth Kemp