UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH KEMP,
On behalf of himself and all others similarly situated, and
CHRISTINE KEMP,
          Plaintiffs,
v.

GANICK, O'BRIEN & SARIN, Attorneys at Law, LAWRENCE E. O'BRIEN, JR., d/b/a GANICK, O'BRIEN & SARIN, Attorneys at Law, and DOES 1-5,
          Defendants.

CIVIL ACTION NO. 05-11516-GAO

## DEFENDANTS GANICK, O'BRIEN & SARIN AND LAWRENCE O'BRIEN'S OPPOSITION TO PLAINTIFF KENNETH KEMP'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, and for the reasons set forth in the accompanying Memorandum, defendants Ganick, O'Brien & Sarin and Lawrence E. O'Brien, Jr., d/b/a Ganick, O'Brien & Sarin (collectively, "GOS") hereby oppose plaintiff Kenneth Kemp's motion for partial summary judgment on liability on Count VIII of plaintiffs' Second Amended Complaint[1] and cross-move for summary judgment on all counts of plaintiffs' Second Amended Complaint. In support of its cross-motion, GOS relies on the Affidavits of Anne Robbins and attached exhibits and Affidavit of Lawrence E. O'Brien.

          GANICK, O'BRIEN & SARIN and
          LAWRENCE E. O'BRIEN, d/b/a
          GANICK, O'BRIEN & SARIN

          By its attorneys,

          /s/ Anne Robbins
          J. Allen Holland (BBO #546892)
          Anne Robbins (BBO #561968)
          LYNCH, BREWER, HOFFMAN & FINK, LLP
          101 Federal Street, 22nd Floor
          Boston, MA  02199-7613
          (617) 951-0800

---

[1] Although Count VIII includes class allegations, no class has yet been certified, and plaintiff Kenneth Kemp's motion for summary judgment is on his individual claim only. Memorandum of Law in Support of Plaintiff Kenneth Kemp's Motion for Partial Summary Judgment, 1-2.

248083_1.DOC

2

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic means on October 23, 2006.

/s/ Anne Robbins