UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH KEMP,<br>On behalf of himself and all others similarly situated, and<br>CHRISTINE KEMP,<br>　　　　　　　　　Plaintiffs,<br>v.<br><br>GANICK, O'BRIEN & SARIN, Attorneys at Law, LAWRENCE E. O'BRIEN, JR., d/b/a GANICK, O'BRIEN & SARIN, Attorneys at Law, and DOES 1-5,<br>　　　　　　　　　Defendants. | CIVIL ACTION NO. 05-11516-GAO |

## AFFIDAVIT OF LAWRENCE E. O'BRIEN, JR.

I, Lawrence E. O'Brien, state as follows:

1. I have been licensed as an attorney in the Commonwealth of Massachusetts since 1975. I am the owner of the law firm of Ganick, O'Brien and Sarin, LLP ("GOS").

2. I am familiar with GOS's practices and procedures with respect to handling debt collection matters, including the creation and maintenance of paper files and information that can be retrieved from GOS's computer system concerning such matters.

3. In or about November 2003, GOS was retained by Performance Capital Management ("PCM"), as assignee in interest for Chase Manhattan Bank ("Chase"), to collect a credit card debt owed by Kenneth Kemp.

4. This affidavit is based upon my personal knowledge as well as the contents of files maintained by GOS in the course of handling the Kemp matter and information retained by GOS on its computer system concerning the Kemp matter. These records were made at or near the time of the acts and events recorded and were kept in the course of GOS's regularly conducted business activity. It was the regular practice of GOS to make such records.

5. At the time GOS was retained by PCM, we received documents from PCM indicating that Plaintiff's owed $9,726.44 as principal balance plus interest at the rate of twenty-

four (24.0%) percent from from May 15, 2000. The interested totaled $8,755.39, and the total due was $18,481.83. This is the amount stated in the first demand letter sent to the Plaintiff.

6. At the time GOS was retained by PCM, or thereafter, we received the Masted Debtor Account Statement and an affidavit of sale.

7. As of November 17, 2003, the amount owed by plaintiff was approximately $18,481.83. This amount was reduced to $17,236.32 after PCM discovered that the incorrect interest rate had been used to calculate interest. The incorrect rate was twenty-four percent, and that was changed by PCM to the correct rate of nineteen point eight (19.80%) percent, thereby changing the balance as of December 29, 2003.

8. As of July 23, 2004, the amount owed by plaintiff was $18,360.96.

9. GOS's customary and usual practice was to file suit if it sent out a demand letter and the recipient did not contact GOS within thirty days or make satisfactory arrangements to pay the debt.

10. In or about July 2004, I authorized the filing of a suit against Kenneth Kemp and his wife, Christine Kemp, on behalf of PCM that asserted a claim for the amount owed by Kenneth Kemp to PCM as well as a fraudulent conveyance claim. Before I authorized the filing of the suit, I reviewed the complaint that was filed.

11. PCM settled its suit against Kenneth Kemp and his wife for $2,000.

Signed under the pains and penalties of perjury,

October 23, 2006

Lawrence E. O'Brien, Jr.

2

3

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic means on October 23, 2006.

/s/ Anne Robbins