UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH KEMP,<br>On behalf of himself and all others<br>similarly situated, and<br>VIRGINIA KEMP,<br>　　　　Plaintiffs<br><br>v.<br><br>GANICK, O'BRIEN & SARIN, Attorneys at Law,<br>LAWRENCE E. O'BRIEN, JR., d/b/a<br>GANICK, O'BRIEN & SARIN, Attorneys at Law,<br>And DOES 1-5,<br>　　　　Defendants | Civil No. 05-11516-GAO |

## STIPULATION OF DISMISSAL OF COUNTS II AND VII OF SECOND AMENDED COMPLAINT

The parties hereby agree and stipulate that Counts II and VII of the Second Amended Complaint are to be dismissed with prejudice.

Plaintiffs, by:

/s/Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848

Defendants, by:

/s/ J. Allen Holland, Jr.
BBO 546892
Lynch Brewer Hoffman & Fink, LLP
101 Federal St., 22nd Floor
Boston MA 02110-1800
617-951-0800