UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH KEMP,<br>On behalf of himself and all others<br>similarly situated, and<br>CHRISTINE KEMP,<br>        Plaintiffs<br><br>v.<br><br>GANICK, O'BRIEN & SARIN, Attorneys at Law,<br>LAWRENCE E. O'BRIEN, JR., d/b/a<br>GANICK, O'BRIEN & SARIN, Attorneys at Law,<br>And DOES 1-5,<br>        Defendants | Civil No. 05-11516-GAO |

**PLAINTIFFS' NOTICE OF ADDITIONAL AUTHORITY RELATIVE TO MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Kenneth Kemp and Christine Kemp hereby notify the Court of recently-published additional authority relative to the pending motion of plaintiff Kenneth Kemp for summary judgment and defendants' cross-motion for summary judgment.

The additional authority is the decision of the Fourth Circuit Court of Appeals in *Sayyed v. Wolpoff & Abramson,* _____ F.3d _____, 2007 WL 1345811 (4th Cir., May 9, 2007). Said decision is relevant to the issue raised by defendants in both motions that plaintiffs' claims are barred by a common-law litigation privilege.

Kenneth Kemp
Christine Kemp
By:

*/s/Kenneth D. Quat*
Attorney for Plaintiffs
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
ken@quatlaw.com

2