UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH KEMP,
On behalf of himself and all others similarly situated, and
CHRISTINE KEMP,
           Plaintiffs,
v.

GANICK, O'BRIEN & SARIN, Attorneys at Law, LAWRENCE E. O'BRIEN, JR., d/b/a GANICK, O'BRIEN & SARIN, Attorneys at Law, and DOES 1-5,
           Defendants.

CIVIL ACTION NO. 05-11516-GAO

## DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF ADDITIONAL AUTHORITY

On May 10, 2007, plaintiffs submitted a Notice of Additional Authority citing *Sayyed v. Wolpoff & Abramson*, ___ F.3d ___, 2007 WL 1345811 (4th Cir. May 9, 2007). Plaintiffs assert that the *Sayyed* decision is relevant to the defendants' argument that plaintiffs' claims are barred by a common-law litigation privilege.

The *Sayyed* decision is not relevant here. The plaintiffs in *Sayyed* asserted only claims under the Fair Dept Collection Practices Act ("FDCPA"), *id.*, at 1, and the defendant law firm asserted a common-law litigation privilege as to the FDCPA claims. *Id.* Here, plaintiffs assert not only claims under the FDCPA, but also state law claims under Mass. G.L. c. 93A (Counts VI and VIII)[1]. Defendants have raised the litigation privilege as a defense <u>only</u> to plaintiffs' c. 93A claims. *Sayyed* does not address the

---

[1] The defendants also raised the common-law litigation privilege as a defense to the c. 93A claims asserted in Counts II and VII, which were dismissed by stipulation.

258992_1.DOC

applicability of a common-law litigation privilege to claims other than FDCPA claims, and in particular, state law claims. It therefore has no bearing on this case.

                GANICK, O'BRIEN & SARIN and
                LAWRENCE E. O'BRIEN, d/b/a
                GANICK, O'BRIEN & SARIN

                By its attorneys,


                /s/ Anne Robbins
                J. Allen Holland (BBO #546892)
                Anne Robbins (BBO #561968)
                LYNCH, BREWER, HOFFMAN & FINK, LLP
                101 Federal Street, 22nd Floor
                Boston, MA  02199-7613
                (617) 951-0800


### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic means on May 22, 2007.

/s/ Anne Robbins