UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KENNETH KEMP,<br>On behalf of himself and all others<br>similarly situated, and<br>CHRISTINE KEMP,<br>　　　　　Plaintiffs<br><br>v.<br><br>GANICK, O'BRIEN & SARIN, Attorneys at Law,<br>LAWRENCE E. O'BRIEN, JR., d/b/a<br>GANICK, O'BRIEN & SARIN, Attorneys at Law,<br>And DOES 1-5,<br>　　　　　Defendants | Civil No. 05-11516-GAO |

**PLAINTIFFS' SECOND NOTICE OF ADDITIONAL AUTHORITY RELATIVE TO MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Kenneth Kemp and Christine Kemp hereby notify the Court of recently-published additional authority relative to the pending motion of plaintiff Kenneth Kemp for summary judgment and defendants' cross-motion for summary judgment.

The additional authority is the decision of the United States District Court for the Central District of California in *Oei v. N Star Capital Acquisitions,* 486 F.Supp.2d 1089 (C.D. Cal. 2006). Said decision is relevant to the issue raised by defendants in both motions that plaintiffs' claims under G.L. c. 93A are barred by a common-law litigation privilege.

1

Kenneth Kemp
Christine Kemp
By:

*/s/Kenneth D. Quat*
Attorney for Plaintiffs
BBO 408640
QUAT LAW OFFICES
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
ken@quatlaw.com

2