UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH KEMP and CHRISTINE KEMP,<br>　　　　　　　　Plaintiffs,<br>v.<br>GANICK, O'BRIEN & SARIN, Attorneys at Law, LAWRENCE E. O'BRIEN, JR., d/b/a GANICK, O'BRIEN & SARIN, Attorneys at Law, and DOES 1-5,<br>　　　　　　　　Defendants. | CIVIL ACTION NO. 05-11516-GAO |

### DEFENDANTS' RULE 26(a)(3) PRETRIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(3) and L.R. 16.5, defendants make the following disclosures:

**A.　Defendants' Witnesses**

Witnesses whom the defendants expect to present:

1. Lawrence E. O'Brien, Esq.
   Ganick, O'Brien & Sarin
   161 Granite Avenue
   Dorchester, MA 02124
   (617) 288-4050

2. Kevin J. McCaughey, Esq.
   Ganick, O'Brien & Sarin
   161 Granite Avenue
   Dorchester, MA 02124
   (617) 288-4050

3. David A. Book, Esq.
   Ganick, O'Brien & Sarin
   161 Granite Avenue
   Dorchester, MA 02124
   (617) 288-4050

Witnesses whom the defendants may call if the need arises:

1. Victoria Farrell, Esq.
   Title Examiner
   6 Main Street
   Groveland, MA 01834

2. Vicky Earp or other representative of Performance Capital Management
Performance Capital Management, Inc.
7001 Village Drive Suite 255
Buena Park, CA 90621

3. Kenneth Kemp
3 Hattie Lane
Billerica, MA

4. Christine Kemp
3 Hattie Lane
Billerica, MA

Defendants also reserve the right to call any witness listed on plaintiffs' witness list.

**B.    Witnesses Whom Defendants Expect to Present by Deposition**

None.

**C.    Defendants' Proposed Exhibits**

1. March 30, 1993 Mortgage from Kenneth Kemp and Christine Coveney to Lexington Savings Bank.

2. August 14, 2003 credit report for Kenneth Kemp. (Book Dep. Ex. 5)

3. September 25, 2003 Deed from Kenneth Kemp and Christine Kemp to Christine M. Kemp.

4. September 25, 2003 Mortgage from Christine M. Kemp and Kenneth John Kemp to Countrywide Home Loans, Inc.

5. October 6, 2003 Mortgage from Christine M. Kemp and Kenneth J. Kemp to Countrywide Home Loans.

6. Form of letter sent from GOS to Kenneth Kemp on November 17, 2003.

7. December 16, 2003 letter from GOS to Billerica Assessor's Office, with assessor's handwritten response.

8. January 8, 2004 letter from Kevin J. McCaughey to Kenneth Kemp.

9. February 24, 2004 letter from Kevin J. McCaughey to Victoria Farrell.

10. Law Office of Victoria A. Farrell, P.C. March 4, 2004 Report.

11. Complaint, *Performance Capital Management, Assignee in Interest for Chase Manhattan Bank v. Kenneth Kemp and Christine Kemp*, Middlesex Superior Court, Civ. A. No. 04-2946.

12. Listing agreement for 9 Elizabeth Road. [Kemp Dep. Ex. 2]

13. June 29, 2005 Settlement Agreement between Performance Capital Management, Inc. and Kenneth Kemp and Christine Kemp.

14. GOS file notes. [Kemp Dep. Ex. 1]

> GANICK, O'BRIEN & SARIN, Attorneys at Law, and LAWRENCE E. O'BRIEN, JR., d/b/a GANICK, O'BRIEN & SARIN
>
> By their attorneys,
>
> /s/Anne Robbins
> J. Allen Holland, Jr., BBO #546892
> Anne Robbins, BBO #561968
> Lynch, Brewer, Hoffman & Fink, LLP
> 101 Federal Street, 22nd Floor
> Boston, MA 02110-1800
> (617) 951-0800

Dated: September 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon counsel of record for each other party by electronic means on September 25, 2007.

/s/Anne Robbins