UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH KEMP, )<br>On behalf of himself and all others )<br>similarly situated, and )<br>CHRISTINE KEMP, )<br>              Plaintiffs )<br> )<br>v. )<br> )<br>GANICK, O'BRIEN & SARIN, Attorneys at Law, )<br>LAWRENCE E. O'BRIEN, JR., d/b/a )<br>GANICK, O'BRIEN & SARIN, Attorneys at Law, )<br>And DOES 1-5, )<br>              Defendants ) | Civil No. 05-11516-GAO |

**PLAINTIFF'S PRE-TRIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(3) and Local Rule 16.5, plaintiffs Kenneth Kemp and Christine Kemp make the following disclosures to defendants:

**I. WITNESSES**

Plaintiff expects to call the following witnesses at trial: Kenneth Kemp; Christine Kemp; David A. Book, Esq.

**II. DEPOSITION TESTIMONY**

None.

**III. EXHIBITS**

Plaintiffs expect to offer the following exhibits:

(i) Superior Court complaint (Performance Capital Management v. Kenneth Kemp and Christine Kemp);

2

(ii)      Credit report of Kenneth Kemp, 8/14/03 (redacted);

(iii)     Sept. 25, 2003 deed re: 9 Elizabeth Rd., Billerica;

(iv)     Dec. 23, 2003 mortgage re: 9 Elizabeth Rd., Billerica.

                              Plaintiffs, by:

                              */s/Kenneth D. Quat*
                              BBO 408640
                              QUAT LAW OFFICES
                              9 Damonmill Square, Suite 4A-4
                              Concord MA 01742
                              978-369-0848