UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH KEMP,<br>On behalf of himself and all others similarly situated, and<br>CHRISTINE KEMP,<br>　　　　　　　　　　Plaintiffs,<br>v.<br>GANICK, O'BRIEN & SARIN, Attorneys at Law, LAWRENCE E. O'BRIEN, JR., d/b/a GANICK, O'BRIEN & SARIN, Attorneys at Law, and DOES 1-5,<br>　　　　　　　　　　Defendants. | CIVIL ACTION NO. 05-11516-GAO |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs Kenneth Kemp and Christine Kemp and defendants Ganick, O'Brien & Sarin and Lawrence E. O'Brien, Jr., d/b/a Ganick, O'Brien & Sarin hereby stipulate to the dismissal with prejudice of all of the claims remaining in the above action (Counts I, III, IV and V of plaintiffs' Second Amended Complaint), each party bearing its own costs and attorney's fees and waiving all rights of appeal.

| | |
|---|---|
| KENNETH KEMP, on behalf of himself<br>And all others similarly situated and<br>CHRISTINE KEMP | GANICK, O'BRIEN & SARIN and<br>LAWRENCE E. O'BRIEN, JR.,<br>d/b/a GANICK, O'BRIEN & SARIN |
| By their attorney, | By their attorneys,<br>/s/ Anne Robbins |
| /s/ Kenneth D. Quat<br>Kenneth D. Quat (BBO #408640)<br>Quat Law Offices<br>9 Damonmill Square, Suite 4A-4<br>Concord, MA 01742<br>(978) 369-0848 | /s/ J. Allen Holland, Jr.<br>J. Allen Holland, Jr. (BBO #546892)<br>Anne Robbins (BBO #561968)<br>Lynch, Brewer, Hoffman & Fink LLP<br>101 Federal Street, 22nd floor<br>(617) 951-0800 |

Dated:  November 21, 2007

267190_1.DOC

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by electronic means on November 21, 2007.

/s/ Anne Robbins